# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACI GOODWIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 3:18-cv-1033-JPG-CJP |
| ) | |
| COMMISSIONER of SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Traci Goodwin and against defendant Commissioner of Social Security.

DATED: January 15, 2019

                                              **MARGARET M. ROBERTIE,**
                                              Clerk of Court

                                              **BY:** __s/Tina Gray__
                                                      **Deputy Clerk**

**Approved:**
**s/ J. Phil Gilbert**
**J. Phil Gilbert**
**U.S. District Judge**